UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  6:13-CR-00052-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| BRADLEY SMITH | * | MAGISTRATE  JUDGE HILL |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, BRADLEY SMITH, and adjudges him guilty of the offenses charged in Count One of the Superceding Indictment against him.

The Sentencing Hearing for the defendant is hereby **SET** for Friday, July 10, 2015, at 1:30 p.m. in Lafayette, Louisiana.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of March, 2015.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE