U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 13 2015

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 13-CR-0052 |
| VERSUS | *JUDGE FOOTE |
| BRADLEY SMITH | * MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by *pro se* petitioner, Bradley Smith [rec. doc. 156] is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall provide a copy of the Report and Recommendation of the Magistrate Judge [rec. doc. 158] and this Judgment to appellate counsel Christopher Albert Aberle to notify appellate counsel of the claims Smith may wish to assert on direct appeal.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13th day of November, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE