UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRADLEY SMITH | CRIMINAL ACTION 6:13-cr-00052 |
| | CIVIL ACTION NO. 6:17-cv-00504 |
| VERSUS | JUDGE FOOTE |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the original and amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Rec. Doc. 205], the Motion for Discovery [Rec. Doc. 222] and the Motion for an Evidentiary Hearing [Rec. Doc. 224] are DENIED, consistent with the report and recommendation.

Shreveport, Louisiana, this ____ day of November, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE